## 15786.  BROOKING v. THE STATE.

Under an indictment for assault and battery a conviction of a simple assault was unauthorized where the evidence demanded a finding that if any offense was committed it was that of a battery.

DECIDED NOVEMBER 12, 1924.

Assault; from Newton superior court—Judge Hutcheson.  June 14, 1924.

*Eugene Dickey, C. C. King,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.

BLOODWORTH, J.  In *Kennedy* v. *State*, 10 *Ga. App.* 794 (74 S. E. 95), this court, citing a number of cases to support the proposition, held:  "The accused having been indicted for the offense of assault and battery, and the evidence demanding a finding that if any offense at all was committed, it was that of an unlawful battery, there could be no conviction of simple assault."  See Penal Code

(1910), § 19; *Harris* v. *State,* 3 *Ga. App.* 457 (60 S. E. 127);
*Carter* v. *State,* 7 *Ga. App.* 44 (1) (65 S. E. 1072); *Fronebarger*
v. *State,* 27 *Ga. App.* 607 (109 S. E. 512).

This case is controlled by the rulings in the foregoing cases, and
the court erred in overruling the motion for a new trial.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*